UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE NELSON, | No. 2:18-cv-0344 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| UNKNOWN, | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On February 28, 2018, Mr. Nelson was ordered to file a complaint and to either file an application to proceed in forma pauperis or pay the filing fee within 30 days. Mr. Nelson was warned that failure to comply with the court's order would result in a recommendation that this action be dismissed. Mr. Nelson has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
nels0344.frs